UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL NO. 7:18-cr-2-KKC-EBA

UNITED STATES OF AMERICA                                          PLAINTIFF

V.     **PRELIMINARY JUDGMENT OF FORFEITURE
       AND ORDER OF MONEY JUDGMENT**

JACKSON NOEL                                                      DEFENDANT

\* \* \* \* \*

Based upon the jury verdict herein, and the Court being sufficiently advised, it is

**ORDERED, ADJUDGED** and **DECREED** that the property listed below is subject to forfeiture, the defendant's interest in the property listed below is forfeited to the United States of America pursuant to 21 U.S.C. § 853:

**SEIZED FUNDS:**
$36,315.00 seized from the account of Buffalo Drug Inc., Poca Valley Bank.

The United States shall provide notice to persons who may have an interest in the property listed above and is authorized to conduct appropriate discovery and any necessary ancillary proceedings as to the rights of third parties pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c).

It is further ORDERED that the United States Marshals Service shall seize forthwith the aforedescribed seized funds and maintain custody in accordance with 21 U.S.C. § 853 and all relevant laws until further order of this Court.

IT IS FURTHER ORDERED that:

a. the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

b. pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment; and

It is further ORDERED that the Clerk deliver copies of this Order to all counsel of record, United States Marshals Service, and United States Probation.

DATED: November 26, 2019

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY