UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JACKSON NOEL,<br>    Defendant. | CRIMINAL NO. 7:18-2-KKC<br><br><br>**OPINION AND ORDER** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on the motion (DE 155) by attorney James Cagle to withdraw as counsel for the defendant. The Court hereby ORDERS that the motion is DENIED without prejudice.

Local Criminal Rule 57.6 sets forth the procedure for an attorney to withdraw as counsel for a criminal defendant. It provides that an attorney may withdraw only if:

(a) The attorney files a motion, his or her client consents in writing, and another attorney enters his or her appearance; or

(b) The attorney files a motion, certifies the motion has been served on the client, makes a showing of good cause, and the Court consents to the withdrawal on whatever terms the Court chooses to impose.

(c) In cases where an attorney seeks to be substituted for another as attorney of record, and both attorneys are within the same partnership or other legal professional association, a notice of substitution must be filed by the withdrawing attorney and the substitute attorney with an affirmative representation stating that the substitution is made with the client's consent; the notice may, but need not be, signed by the client.

Cagle has not complied with subsection (a) because Noel has not consented in writing to the withdrawal, and new counsel has not entered an appearance in the record to represent Noel. Attorneys Jonathan Dyar and Khalid Kahloon have entered an appearance (DE 156) that purports to be for only the limited purpose of requesting a continuance of the sentencing

date.

Cagle has not complied with subsection (b) because, while he has shown good cause for the withdrawal, he does not certify the motion was served on Noel.

Subsection (c) would not appear to be applicable.

Cagle may reassert the motion in compliance with the Local Rule.

Dated January 17, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY