# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# PIKEVILLE

**CRIMINAL ACTION NO. 7:18-CR-02-KKC-CJS**

**UNITED STATES OF AMERICA**            **PLAINTIFF**

**V.**      **RESPONSE TO CONSECUTIVE 2255 AND RENEWED MOTION FOR ORDER FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE**

**JACKSON NOEL**            **DEFENDANT**

\* \* \* \* \*

    The United States moves the Court to disregard and dismiss the Defendant's consecutive 2255 motion as improper. The United States acknowledges that it has not filed a response to the Defendant's previous motion. However, the Government cannot address the matters raised in the Defendant's initial motion absent an Order from this Court granting the previous motion for an Order finding that the defendant, Jackson Noel, has waived his attorney-client privilege with respect to those specific matters raised in his initial 28 U.S.C. § 2255 motion that is currently pending before this Court. Specifically, Noel raises a claim that his former attorney, James Cagle, provided ineffective assistance of counsel. The United States is not privy to any conversations that Noel may have had with his former attorney regarding this claim. Noel has affirmatively waived the attorney-client privilege as to any protected communications with his former attorney regarding the claim because Noel has placed the matter in controversy, and his former attorney should divulge those communications so the Court can address the ineffective assistance of counsel claim.

1

Accordingly, the United States renews its motion requesting that this Court enter an order finding that Noel has waived his attorney-client privilege with respect to the ineffective assistance of counsel claims raised in his § 2255 motion. The United States also requests that the Court allow the United States to contact Noel's former attorney, James Cagle, to obtain an affidavit in order to fully respond to Noel's ineffective assistance of counsel claims. As noted, the United States only intends to ask Mr. Cagle to divulge those communications that are necessary to litigate the Defendant's allegations.

Respectfully submitted,

CARLTON S. SHIER, IV.
UNITED STATES ATTORNEY

By: s/ W. Samuel Dotson
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 330-4827
FAX (606) 864-3590
William.S.Dotson@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2022, I electronically filed this document through the ECF system, which will send notice of the filing to all counsel of record.

s/ W. Samuel Dotson
Assistant United States Attorney